IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PATRICIA KOREHBANDI                                                                                     PLAINTIFF

v.                              Case No. 4-07-CV-01125-BSM

SPECTRUM HEALTHCARE RESOURCES, INC.                                          DEFENDANT

### ORDER OF DISMISSAL WITH PREJUDICE

Upon plaintiff's motion, and for good cause shown, the court hereby dismisses the Complaint with prejudice, with the parties bearing their own attorney's fees and costs.

IT IS SO ORDERED this 20th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE